IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF C.A., A MINOR CHILD, DECEASED, *et al.*, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. H-10-0531 |
| TERRY B. GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT, IN HIS OFFICIAL CAPACITY, *et al.*, | § § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The plaintiffs filed a motion for partial dismissal, with prejudice. (Docket Entry No. 79). The motion is granted. The plaintiffs' claims against defendants GP Houston, LLC and Gilbane Development Company are dismissed, with prejudice.

SIGNED on January 19, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge