IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF C.A., A MINOR CHILD, DECEASED, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-0531 |
| TERRY B. GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT, IN HIS OFFICIAL CAPACITY, *et al.*, | § § § § § | |
| Defendants. | § | |

# ORDER

The parties have filed a joint motion to continue the motion hearing scheduled for January 7, 2013. (Docket Entry No. 133). This court has considered the grounds for the continuance and the issues involved in the pending dispositive motion in this case. This court no longer believes that a hearing is necessary. The hearing is canceled. Accordingly, the motion for a continuance is denied as moot.

SIGNED on January 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge