IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE ESTATE OF C.A., A MINOR CHILD, DECEASED, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-00531 |
| TERRY B. GRIER, SUPERINTENDENT OF THE HOUSTON INDEPENDENT SCHOOL DISTRICT, IN HIS OFFICIAL CAPACITY, *et al.*, | § § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

In accordance with this court's prior orders granting summary judgment for the school-board individual defendants in their individual capacities, (Docket Entry No. 97), and dismissing the individual defendants in their official capacities, (Docket Entry No. 103), and with this court's Memorandum and Opinion of today's date granting summary judgment for the Houston Independent School District, the defendants are entitled to final judgment. The plaintiffs' case is dismissed with prejudice.

This is a final judgment.

SIGNED on January 16, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge